IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE STAFFORD, III,   }<br>  }<br>     Plaintiff,   }<br>  }<br>v.   }<br>  }<br>ASSET ACCEPTANCE, LLC, et }<br>al.,   }<br>  }<br>     Defendants.   } | CIVIL ACTION NO.<br>08-AR-2103-S |

## ORDER

Plaintiff's motion to dismiss the above-entitled action as against Asset Acceptance, LLC, is well taken, and is GRANTED. Accordingly, the action as against said defendant is DISMISSED, plaintiff reserving his claims against all other defendants. As between plaintiff and the dismissed defendant, the costs are taxed as paid.

**THE UNDERSIGNED JUDGE TO WHOM THIS CASE IS ASSIGNED DOES NOT EMPLOY THE "UNIFORM INITIAL ORDER" FOUND ON THE COURT'S WEBSITE.**

Answers having been filed by defendants, the parties are hereby reminded that the case is governed by the Federal Rules of Civil Procedure, including local rule variations.  The parties should pay particular attention to Rules 26 and 16, and should with their initial report notify the court if the case should be evaluated for proceeding upon any of the tracks provided by this court's Alternative Dispute Resolution Plan.

DONE this 20th day of January, 2009.

                                                _____
                                                WILLIAM M. ACKER, JR.
                                                UNITED STATES DISTRICT JUDGE