FILED
2009 Mar-06 PM 04:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE STAFFORD, III,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.:** |
| ) | **2:08-cv-2103-WMA** |
| **ASSET ACCEPTANCE, LLC;** ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.; TRANS UNION,** ) | |
| **LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, by and through the undersigned Counsel and hereby gives notice that he has settled his claims with Trans Union, only, leaving Experian Information Solutions and the only remaining defendant.

Respectfully Submitted,

s/John G. Watts
**John G. Watts ASB-5819-T82J**
**Attorney for Plaintiff**

**OF COUNSEL:**
Watts Law Group, P.C.
700 29th Street South, Suite 201
Birmingham, AL  35233
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattslawgroup.com

                                        **/s/ M. Stan Herring**
                                        **M. Stan Herring**
                                        **Attorney for Plaintiff**

**OF COUNSEL:**
M. Stan Herring, P.C.
700 29th Street South
Suite 201
Birmingham, AL  35233
(205) 714-4443
(888) 522-7167 *facsimile*
msh@mstanherringlaw.com


**CERTIFICATE OF SERVICE**

     This is to certify that on the **6th day of March, 2009**, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system and served on all counsel of record.


                                        /s/ M. Stan Herring
                                        OF COUNSEL