IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE STAFFORD, III, } | |
| } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 08-AR-2103-S |
| } | |
| EXPERIAN INFORMATION } | |
| SOLUTIONS, INC., } | |
| } | |
| Defendant. } | |

**ORDER**

Plaintiff's motion filed on August 19, 2009, to dismiss the claims against defendant, Experian Information Solutions, Inc., is well taken, and is GRANTED. Accordingly, since said defendant is the only remaining defendant in the above-entitled action, the action is DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 20th day of August, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE